United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY CIVIL LOCON,<br><br>    Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO,<br><br>    Defendant.<br>_____/ | No. C 10-04367 CRB<br><br>**ORDER TO SHOW CAUSE** |

Petitioner FREDDY CIVIL LOCON is in the custody of the Department of Homeland Security/ICE in San Francisco, California. He has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Having reviewed Petitioner's filing, it is hereby ORDERED that the government show cause why the relief prayed for should not be granted, and/or why jurisdiction is improper in this Court. The government's brief shall be filed by **October 22, 2010**. Petitioner shall have 45 days from the issuance of this Order to file a response with the Court.

**IT IS SO ORDERED.**

Dated: October 8, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4367\OSC.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28