IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY CIVIL LOCON,<br><br>    Plaintiff,<br><br>    v.<br><br>JANET NAPOLITANO,<br><br>    Defendant._____/ | No. C 10-04367 CRB<br><br>**ORDER GRANTING EXTENSION OF TIME** |

The Court is in receipt of a motion for extension of time to file a response/reply by Petitioner Freddy Civil Locon, seeking permission to file his Traverse one day late. See dckt. no. 8. Petitioner simultaneously filed the Traverse with the Court. See dckt. no. 9 The Court finds that there was good cause therefor and accepts the late filing.

**IT IS SO ORDERED.**

Dated: April 11, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4367\order re extension of time.wpd