IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY CIVIL LOCON,<br><br>    Petitioner,<br><br>  v.<br><br>JANET NAPOLITANO,<br><br>    Respondent._____/ | No. C 10-04367 CRB<br><br>**JUDGMENT** |

    Having denied the petition for habeas corpus, the Court hereby enters judgment for Respondent and against Petitioner.

    **IT IS SO ORDERED.**

Dated: July 22, 2011

                                                  CHARLES R. BREYER<br>                                                  UNITED STATES DISTRICT<br>                                                  JUDGE